1       UNITED STATES DISTRICT COURT

2          DISTRICT OF NEVADA

3   UNITED STATES OF AMERICA

4              Plaintiff(s),

5

6   VS.                                    2:07-CR-37-JCM-RJJ

7

8   DEXTER BERNARD LOGAN

9              Defendant(s),

10

11          **SEALED ORDER FOR DESTRUCTION OF EXHIBITS**

12          The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR

13   55-1 of the Local Rules of Practice of this Court, and counsel having failed to make

14   arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the

15   Clerk is authorized to destroy the exhibits previously admitted in this matter.

16
                September 27, 2010
17   Dated: _____            _____
                                           **U.S. DISTRICT JUDGE**
18

19

20

21

22

23

24

25

26

27

28