UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:07-CR-37 JCM (RJJ) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| DEXTER BERNARD LOGAN, | |
| Defendant(s). | |

Presently before the court is *United States v. Logan*, case no. 2:07-cr-00037-JCM-RJJ. Petitioner Dexter Bernard Logan ("petitioner") filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 based upon the application of *Johnson v. United States*, 135 S. Ct. 2551 (2015), to his sentence. (ECF No. 37).

Briefing shall proceed as follows: respondent has thirty (30) days from the date of this order to file a response. Thereafter, petitioner has thirty (30) days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 37) no later than thirty (30) days from the date of this order. Petitioner shall file a reply within thirty (30) days thereafter.

DATED January 27, 2017.

                                                  UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**